# IN THE UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RUBBY JAMES GRAY,**  **PLAINTIFF**
**ADC #500127**

v.  CASE NO. 5:14CV00117 BSM

**WILLIAM WARDEN,**
**Doctor, Cummins Unit, ADC, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 2nd day of July 2014.

_____
UNITED STATES DISTRICT JUDGE